UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 08-814 (SDW) |
| NARCISO RIVERA MARTINEZ | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney), and defendant Narciso Rivera Martinez (by Howard Brownstein, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _11th_ day of August 2009,

IT IS ORDERED that this action be, and hereby is, continued from July 22, 2009, through October 5, 2009; and it is further

ORDERED that the period from July 22, 2009, through October 5, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that all dates for the disclosure of materials under this Court's Order for Discovery and Inspection, filed on January 5, 2008, are extended for 60 days.

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry consented to:

_____
L. Judson Welle
Assistant U.S. Attorney


_____
Howard Brownstein, Esq.
Counsel for defendant Narciso Rivera Martinez